| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 4/30/10 |

------------------------------------ x

LINDA THOMAS,                                              :

           Plaintiff,                  :            10 Civ. 1883 (JSR) (AJP)

    -against-                                          :            <u>RULE 16 IPTC SCHEDULING ORDER</u>

TEST QUEST, INC.,                                       :

           Defendant.                :

------------------------------------ x

**ANDREW J. PECK, United States Magistrate Judge:**

Pursuant to Rule 16, Fed. R. Civ. P., IT IS HEREBY ORDERED THAT:

1. Any motion to join parties or amend the pleadings must be made by May 28, 2010.

2. All fact and expert discovery must be completed by August 27, 2010. Expert reports must be served by July 27, 2010. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due May 17, 2010. The parties shall discuss any issues with respect to electronic discovery before the next court conference.

3. Each party will notify this Court by September 8, 2010 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by September 27, 2010, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules.

4. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by September 27, 2010 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

5. A status conference will be held before the undersigned on June 8, 2010 at 9:00 a.m. in Courtroom 20D (500 Pearl Street).

6. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

DATED:   New York, New York
         April 30, 2010

                                    Andrew J. Peck
                                    United States Magistrate Judge

Copies to:   Linda Thomas (Regular & Certified Mail)
             Donna Levinsohn, Esq.
             Judge Jed S. Rakoff