# WARSHAW BURSTEIN COHEN SCHLESINGER & KUH, LLP

555 FIFTH AVENUE • NEW YORK, N.Y. 10017

AVI LEW, ESQ.
DIRECT DIAL: 212-984-7725
EMAIL: ALEW@WBCSK.COM

TELEPHONE: (212) 984-7700
FACSIMILE: (212) 972-9150

WWW.WBCSK.COM

June 14, 2010

**BY HAND DELIVERY**
Hon Jed S. Rakoff
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Linda Thomas v. Test Quest, Inc.
       Case No. 10 Civ 1883 (JSR)

Dear Judge Rakoff:

Pursuant to the directions of the ECF Help Desk, I am writing to request that I be removed from the docket of the above captioned case, as another attorney at this firm, Donna M. Levinsohn, Esq. is responsible for this matter, and in fact, except for the initial filing of defendant's answer, for which the firm used my ECF login, I have had no involvement with the case, nor do I expect to have any involvement in the future.

As stated before, my login information was used due to the fact that at the time of filing, the neither of the firm's attorneys assigned to the case had an ECF login for this Court. Immediately after the filing, Ms. Levinsohn obtained an ECF login, and using that login, has filed a Notice of Appearance, also in accordance with the directions of the Help Desk.

Respectfully submitted,

Avi Lew

cc:  Linda Thomas
     Donna Levinsohn, Esq.

SO ORDERED
/s/ Jed S. Rakoff
USDJ
6-16-10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-10

{669384;1}